UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Fort Myers Division

| | |
|---|---|
| CELESTIAL, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>DOES 1 – 378,<br><br>      Defendants. | Case No. 2:12-cv-00083-UA-DNF |

**JOHN DOE 372'S RESPONSE TO INTERESTED PERSONS ORDER AND CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISLOSURE STATEMENT**

Comes now, John Doe 372 identified by the IP address 68.80.89.165, by and through undersigned counsel, hereby responds to the Court's Interested Persons Order for Civil Cases [Doc. No. 98], issued on July 23, 2012, and states as follows:

1. Plaintiff, Celestial, Inc., initiated this action on February 15, 2012. [Doc. No. 1]

2. Thereafter, non-party Defendant John Doe 372, moved to sever and dismiss the case and/or to Quash and/or issue a Protective Order in connection with the subpoena served on a third-party internet service provider (the "Subpoena"). [Doc. No. 93]

3. On July 23, 2012, the Court issued its "Interested Persons Order for Civil Cases" [Doc. No. 98], requiring John Doe No. 372 to submit a Certificate of Interested Parties (the "Certificate") by August 6, 2012.

4. Accordingly, John Doe 372 submits the attached Exhibit A, a Certificate of Interested Persons and Corporate Disclosure Statement. However, because John Doe 372 is not yet a party to this action, and because the very subject of the Subpoena is the identities of Defendants John

1

Does 1-378, John Doe 372 has omitted any information that could be used to determine his or her identity.

                        Respectfully submitted,

                        TAMAROFF & TAMAROFF, P.A.
                        The Alfred I. DuPont Building
                        169 East Flagler Street, Suite 1633
                        Miami, Florida 33131
                        Tel: (305) 403-2020
                        Fax: (305) 403-2021
                        admin@tamarofflaw.com

                        By: /s/ David F. Tamaroff .
                            **DAVID F. TAMAROFF**
                            Florida Bar No. 92084
                            david@tamarofflaw.com
                            **DANIEL F. TAMAROFF**
                            Florida Bar No. 92083
                            dan@tamarofflaw.com
                            ***Attorneys for John Doe 372***

**Exhibit A**

**CERTIFICATE OF INTERESTED PERSONS AND**
**CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's interested persons order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable entities related to *any* party to the case:

Celestial, Inc. (Plaintiff);

Unknown John Does 1-378 (Defendants);

John Doe c/o Josselin Saint-Preux (Pro Se Defendant);

John Doe #229 (Pro Se Defendant)

John Doe #24 (Pro Se Defendant);

John Doe #60 (Pro Se Defendant);

Novitech, Inc.  (Pro Se Defendant);

Rudolph Rose (Pro Se Defendant);

Sharon Foster (Pro Se Defendant)

Dunlap, Grubb & Weaver, PLLC (Counsel for Plaintiff);

Jeffrey W. Weaver, Esquire (Counsel for Plaintiff);

Fox Rothschild, LLP (Counsel for Defendant(s));

Amy S. Rubin, Esquire (Counsel for Defendant(s));

Lalchandani Simon PL (Counsel for Defendant(s));

Danny J. Simon, Esquire (Counsel for Defendant(s));

William R. Wohlsifer, PA (Counsel for Defendant(s));

William R. Wohlsifer, Esquire (Counsel for Defendant(s));

Cynthia Conlin, PA (Counsel for Defendant(s));

Cynthia Ariel Conlin, Esquire (Counsel for Defendant(s));

Law Offices of Bradford A. Patrick, PA (Counsel for Defendant(s));

Bradford A. Patrick, Esquire (Counsel for Defendant(s));

Law Office of Bohdan Neswiacheny (Counsel for Defendant(s));

Lisa Michelle Poursine, Esquire (Counsel for Defendant(s));

N. Curtis Cox, PA (Counsel for Defendant(s));

Neil Curtis Cox, Esquire (Counsel for Defendant(s));

Tamaroff & Tamaroff, PA (Counsel for Defendant(s));

David F. Tamaroff, Esquire (Counsel for Defendant(s));

Daniel F. Tamaroff, Esquire (Counsel for Defendant(s)).

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None known.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None known.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Plaintiff, Celestial, Inc.

I hereby certify that expect as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict. I further certify that I have inserted "None" if there is no actual or potential conflict of interest.

Date: July 24, 2012

> Respectfully submitted,
>
> TAMAROFF & TAMAROFF, P.A.
> The Alfred I. DuPont Building
> 169 East Flagler Street, Suite 1633
> Miami, Florida 33131
> Tel: (305) 403-2020
> Fax: (305) 403-2021
> admin@tamarofflaw.com
>
> By: /s/ David F. Tamaroff           .
>   **DAVID F. TAMAROFF**
>   Florida Bar No. 92084
>   david@tamarofflaw.com
>   **DANIEL F. TAMAROFF**
>   Florida Bar No. 92083
>   dan@tamarofflaw.com
>   ***Attorneys for John Doe 372***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of July, 2012, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system and served on all of those parties receiving notification through the CM/ECF system, as well as via first class mail on the following *pro se* parties:

| | | |
|---|---|---|
| Novitech, Inc. | John Doe | John Doe #229 |
| c/o Ivan F. Novillo | c/o Josselin Saint-Preux | c/o Jones & Associates, PC |
| 15420 SW 136th St., Unit 8 | 1835 University Blvd., Suite 110-B | 111 S. Calvert St., Ste. 2700 |
| Miami, FL 33196 | Hyattsville, MD 20783 | Baltimore, MD 21202 |
| | | |
| John Doe #24 | John Doe #60 | Rudolph Rose |
| 500 S. Federal Hwy. | 955 S. Havana Street | 2747 N. Spaulding Ave., Apt. 3S |
| Hallandale Beach, FL 33009 | Denver, CO 80012 | Chicago, IL 60647-1315 |

| | |
|---|---|
| Sharon Foster<br>678 Blue Hills Ave., Apt. FL2<br>Hartford, CT 06112-1210 | W. Mason<br>Fox Rothschild, LLP<br>222 Lakeview Ave.<br>West Palm Beach, FL 33401 |

                                                        By: /s/ David F. Tamaroff           .
                                                                **DAVID F. TAMAROFF**