UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Ft. Myers Division

| | |
|---|---|
| **CELESTIAL, INC.** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CA. 2:12-cv-83-UA-DNF |
| ) | |
| DOES 1 – 378 ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE CASE WITHOUT PREJUDICE**

Plaintiff hereby gives notice that it voluntarily dismisses the case, without prejudice, in its entirety pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). No answer or motion for summary judgment has been filed in this case.

Respectfully Submitted,

CELESTIAL, INC.

DATED: December 22, 2012

By:   /s/ Jeffrey Weaver
Jeffrey W. Weaver
Florida Bar No. 178780
DUNLAP, GRUBB & WEAVER, PLLC
780 5th Avenue South, Ste 200
Naples, FL 34102
Telephone: 239-349-2566
Facsimile: 703-777-3656
subpoena@dglegal.com
*Counsel for the Plaintiff*

1

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 22nd day of December, 2012, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF and on all of those parities receiving electronic notification via the Court's CM/ECF electronic filing.

                                          By: /s/ Jeff Weaver
                                               Jeff Weaver